AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Antonio Chicajau-Pablo<br>a/k/a Antonio Juarez-Ramirez<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)     6:25-mj- 1558<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2025__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Lacey E. O'Neal, Border Patrol Agent
_____
Printed name and title

Sworn to before me over video conference or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/30/25

_____
Judge's signature

City and state: Orlando, FL

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
_____
Printed name and title

STATE OF FLORIDA                          CASE NO. 6:25-mj-1558

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 07, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3.      On May 28, 2025, Border Patrol Agents from the Orlando Border Patrol Station, including myself, encountered the defendant, Antonio CHICAJAU-PABLO a/k/a Antonio Jurez-Ramirez. CHICAJAU-PABLO was standing outside a vehicle near a gas pump at a convenience store located at 7030 S. Orange Blossom Trail in Orlando, Florida[1], when the Border Patrol Agents pulled into the parking lot of the convenience store. The Agents conducted a consensual encounter with all the occupants of the vehicle, to include the defendant, CHICAJAU-PABLO. During the interview, agents gathered personal identifying information (name, date of birth, place of birth, etc.) from CHICAJAU-PABLO.

4.      CBP record checks on CHICAJAU-PABLO's biographical information confirmed that he is a citizen and national of Guatemala with no lawful immigration status in the United States. He also has an Alien File Number (A XXX XXX 867), which contains his immigration history. CHICAJAU-PABLO was then placed under arrest and transported to the Orlando Border Patrol Station. Border Patrol Agents obtained CHICAJAU-PABLO's fingerprints for comparison to CHICAJAU-PABLO's known fingerprints from his alien file. On May 28, 2025, the database indicated a match of the fingerprints.

5.      Documents in the alien file also show that CHICAJAU-PABLO has been previously ordered deported/removed from the United States to Guatemala by a Designated Official on May 26, 2024. CHICAJAU-PABLO was then physically

---

[1] Orlando is in Orange County, within the Middle District of Florida.

2

deported/removed from the United States to Guatemala on June 17, 2024, through Alexandria, Louisiana.

6. CHICAJAU-PABLO did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security for the United States to apply for readmission to the United States.

7. Based on the foregoing, I believe that there is probable cause that on May 28, 2025, Antonio CHICAJAU-PABLO was found in the United States voluntarily after previously being deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

Lacey E. O'Neal,
Border Patrol Agent

Affidavit submitted by email and attested to me as true and accurate either in person or via videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this 30th day of May, 2025

LESLIE HOFFMAN PRICE
United States Magistrate Judge

3